1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC ZARAGOZA RIOS,                        Case No.  2:21-cv-02177-JDP (PC)

12              Plaintiff,                        ORDER TRANSFERRING CASE TO THE
                                                  NORTHERN DISTRICT OF CALIFORNIA
13         v.

14    CONTRA COSTA SHERIFF DEPT.,

15              Defendant.

16

17         Plaintiff, a civil detainee proceeding without counsel, has filed a civil rights action

18    pursuant to 42 U.S.C. § 1983.

19         The federal venue statute requires that a civil action be brought only in "(1) a judicial

20    district where any defendant resides, if all defendants are residents of the State in which the

21    district is located, (2) a judicial district in which a substantial part of the events or omissions

22    giving rise to the claim occurred, or a substantial part of the property that is the subject of the

23    action is situated, or (3) if there is no district in which an action may otherwise be brought as

24    provided in this section, any judicial district in which any defendant is subject to the court's

25    personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

26         In this case, plaintiff's claims arose in Contra Costa County, which is in the Northern

27    District of California.  *See* 28 U.S.C. § 84(a).  Thus, this action should have been filed in the

28    United States District Court for the Northern District of California.  In the interest of justice, a

                                              1

1    federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28

2    U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

3        Accordingly, it is hereby ORDERED that this matter is transferred to the United States

4    District Court for the Northern District of California.

5

6    IT IS SO ORDERED.

7

8    Dated:    November 30, 2021        _____

8                                JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28